UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

UNITED STATES OF AMERICA

2006 AUG 24 A 11: 06

v.                                  Case No. 3:02-cr-166-J-25HTS

MARLON COAKLEY

### REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

This matter is before the Court on the Petition on Probation and Supervised Release, filed on June 30, 2006 (Dkt. 27). On August 22, 2006, the Court conducted a hearing on the matter at which defendant appeared with counsel, Lynn Palmer Bailey, Assistant Federal Public Defender, and the government was represented by Julie Savell, Assistant United States Attorney.

Having reviewed the report of the probation officer, having heard from counsel for defendant and the government, and having heard the defendant's admission, the Court finds that defendant has violated the terms of supervised release as set forth in the Petition. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That defendant's supervised release is revoked; and

2. That defendant is committed to the custody of the United States Bureau of Prisons for a term of **one (1) day**.

3. Upon release from imprisonment, the defendant shall be on supervised release for **a period of 12 months**, subject to the terms and conditions previously imposed. In addition, the defendant shall participate in the Home Detention Program for **a period of four (4) months**. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's probation officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the probation officer. Further, the defendant shall be required to contribute

to the costs of services for such monitoring not to exceed an amount determined reasonable by the probation officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

    4. The defendant is remanded to the custody of the United States Marshal.

**DONE AND ORDERED** at Jacksonville, Florida, this 24 day of August, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Marshal
U.S. Probation Officer
Pretrial Services